IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABDUL BROWN, )
    Plaintiff, )
     )
    v. )   Civil Action No. 05-969
     )
PA DEPARTMENT OF CORRECTIONS, )
et al., )
    Defendants. )

O R D E R

AND NOW, this 23rd day of January 2006, after the plaintiff, Abdul Brown, filed a civil rights complaint in the above-captioned case, and after motions to dismiss the complaint were submitted by defendant Dr. Saavedra and by defendants Pennsylvania Department of Corrections and its employees Jeffrey Beard, John Shaffer, Fred Maue, Sharon Burks, Lance Couturier, Harry Wilson, Mark Krysevig, Linda Harris, Carol Scire, Darlene Linderman, Robert Tretinik, Edward Manchas, Michael Zaken, Gary Gallucci, Daniel Hooper, Gregory Mohring, Robert Stafford, Mark Mozingo, Katrina Shiver, Donna Vilcoss, Mike Piovarchy, Brian Petrosky, James Reed, Ray Barnes, Adam Snyder, Dan Evans, Gary Abrams, Halley, Richter, Keefer and Kremposky, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted ten days after being served with a copy to file written objections thereto, and no objections having been filed, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the motion to dismiss filed by the Pennsylvania Department of

Corrections and it employees (Docket No. 48) is granted as to the Pennsylvania Department of Corrections and denied in all other respects, and that the motion to dismiss filed by Dr. Saavedra (Docket No. 53) is denied.

_____
United States District Judge

cc:  Abdul Brown
DP-2655
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

All Counsel of Record

Honorable Robert C. Mitchell
United States Magistrate Judge