IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUL BROWN, )<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>PA DEPARTMENT OF CORRECTIONS, )<br>et al., )<br>      Defendants. ) | Civil Action No. 05-969 |

O R D E R

AND NOW, this 10th day of November, 2006, after the plaintiff, Abdul Brown, filed a civil rights complaint in the above-captioned case, and after a motion to dismiss the complaint was submitted by defendant Christopher Meyer, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the motion to dismiss filed by the defendant Christopher Meyer (Document No. 86), treated as a motion for summary judgment, is granted due to the plaintiff's failure to exhaust available administrative remedies.

_____
United States District Judge

cc:  Abdul Brown
     DP-2655
     SCI Graterford
     Post Office Box 244
     Graterford, PA 19426

     All Counsel of Record

     Honorable Robert C. Mitchell
     United States Magistrate Judge