IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABDUL BROWN, )
    Plaintiff, )
)
    v. ) Civil Action No. 05-969
)
PA DEPARTMENT OF CORRECTIONS, )
et al., )
    Defendants. )

O R D E R

AND NOW, this 26 day of Feb 2007, after the plaintiff, Abdul Brown, filed a civil rights complaint in the above-captioned case, and after the plaintiff submitted a motion for a temporary restraining order and/or a preliminary injunction, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the plaintiff's motion for a temporary restraining order and/or a preliminary injunction (Document No. 108) is denied, without prejudice.

_____
United States District Judge

cc: Abdul Brown
DP-2655
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

All Counsel of Record

Honorable Robert C. Mitchell
United States Magistrate Judge