IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUL BROWN,<br>      Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 05-969 |
| PA. DEPT. OF CORRECTIONS,<br>ET AL.,<br>      Defendants. | )<br>)<br>)<br>) |

ORDER

Plaintiff has appealed the non-dispositive order, dated March 12, 2007, entered by United States Magistrate Judge Robert C. Mitchell [document #134]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this _22_ day of ~~February~~ March, 2007, IT IS HEREBY ORDERED that the orders referred to are AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc: The Honorable Robert C. Mitchell,
    United States Magistrate Judge

    All parties of record