IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABDUL BROWN, )
    Plaintiff, )
)
v. ) Civil Action No. 05-969
)
PA DEPARTMENT OF CORRECTIONS, )
et al., )
    Defendants. )

O R D E R

AND NOW, this 10th day of April 2007, after the plaintiff, Abdul Brown, filed a civil rights complaint in the above-captioned case, and after motions for summary judgment were submitted on behalf of the defendants, and after a Supplemental Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by defendant Saavedra and the plaintiff, and after independent review of the pleadings, and the Magistrate Judge's Supplemental Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the motion for summary judgment filed on behalf of defendant Saavedra (Document No. 94) is denied, and that the motion for summary judgment submitted on behalf of the Commonwealth defendants (Document No. 112) is granted.

/s/ *signature*
United States District Judge

cc: Abdul Brown
DP-2655
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

All Counsel of Record

Honorable Robert C. Mitchell
United States Magistrate Judge